JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
 Assistant United States Attorney
 450 Golden Gate Avenue
 San Francisco, California 94102
 Telephone: (415) 436-6740
 E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>  Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR DANIEL RAMIREZ MUNOZ, ) <br>  a/k/a Victor D. Rameriz-Munoz, ) <br> ) <br> ) <br>  Defendant. ) <br> _____ ) | Criminal No.: 09 CR 0916 JSW <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 1, 2009, TO OCTOBER 15, 2009 |

  The parties appeared before the Honorable Jeffrey S. White on October 1, 2009. Over the objection of the government, the Court found and held as follows:

  1. An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 1, 2009, to October 15, 2009, in light of the need for effective preparation of the case by defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation. Failure to

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0916 JSW

grant the requested continuance would also deny the defendant continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 1, 2009, to October 15, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 1, 2009, to October 15, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: October 15, 2009

    /s/
KATHRYN R. HAUN
Assistant U.S. Attorney

    /s/
RONALD TYLER
Counsel for Defendant

IT IS SO ORDERED.

DATED: October 16, 2009

THE HON. JEFFREY S. WHITE
United States District Court Judge

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0916 JSW      2